[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-15683
_____

D.C. Docket No. 1:15-cr-00398-SCJ-JFK-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAMUEL KWUSHUE,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(August 22, 2018)

Before WILSON and NEWSOM, Circuit Judges, and WRIGHT,* District Judge.

PER CURIAM:

_____

* Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, sitting by designation.

Samuel Kwushue appeals his convictions, 51-month sentence of imprisonment, and restitution of $5,249,958.57 for eight counts of wire fraud in violation of 18 U.S.C. § 1343.  He argues that the district court erred in determining the loss amount and restitution for his food-stamp fraud scheme, applying a four-level enhancement for an aggravating role in the offense, and finding a proper factual basis that he used interstate wires to perpetrate a scheme to defraud.  After a careful review of the briefs and the record, and having the benefit of oral argument, we find no error.

**AFFIRMED.**